**UNITED STATES of America, Plaintiff–Appellee**

v.

**Raymond Edwardo DIAZ, Defendant–Appellant.**

**No. 07–10015**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 21, 2007.

Vicki H. Lamberson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Amarillo, TX, for Plaintiff–Appellee.

Jason C. Lynch, Lynch & West, Amarillo, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Raymond Edwardo Diaz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Diaz has filed a response. The record is insufficiently developed to allow consideration at this time of Diaz's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Diaz's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Diaz's request for the appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.